IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Gavin McInnes, )
)
Plaintiff, )
)
v. ) CASE NO. 2:19-cv-98
)
The Southern Poverty Law )
Center, Inc. )
Defendants, )

RECEIVED
2019 FEB -4 A 8:08
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Gavin McInnes, a Plaintiff ▼ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| N/A | |

Date: 2/4/2019

(Signature)

Counsel's Name: G. Baron Coleman

Counsel for (print names of all parties): Gavin McInnes

Address, City, State Zip Code: PO Box 709, Montgomery, AL 36101-0789

Telephone Number: 334 625-9097