UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAVIN McINNES,<br><br>　　*Plaintiff*,<br><br>　　　　- *vs.* -<br><br>SOUTHERN POVERTY LAW CENTER, INC.,<br><br>　　*Defendant*. | CIVIL ACTION NO.<br>2:19-cv-98-MHT-GMB |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**MOTION TO CONTINUE DEADLINE FOR FILING RESPONSE TO COMPLAINT**

COMES NOW the Plaintiff, Gavin McInnes and files this response to the Motion to Continue Deadline for Filing Response to Complaint filed by the Defendant, The Southern Poverty Law Center, Inc.

1. At the request of defendant, plaintiff provided a copy of the Complaint to defendant via email on February 4, 2019.

2. On that date, defendant agreed to accept service, but then sought to structure an agreement by which plaintiff would offer defendant a waiver of service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, thus allowing defendant 60 days to file a responsive pleading.

3. In light of the apparent ambiguity of defendant's "acceptance of service" on February 4, 2019 and unsure whether an agreement concerning an extension of time would be negotiated, plaintiff, in an abundance of caution, served defendant under Rule 4(h)(1)(A) via certified mail pursuant to Rule (4)(e)(1), which requires a responsive pleading within 21 days.

4. Service pursuant to Rule 4(h)(1)(A) was not an attempt to frustrate defendant or a refusal to cooperate with a timely request for a reasonable extension of time to respond. Rather, plaintiff believed (and still believes) in good faith that a delay of 60 days could harm plaintiff because the longer plaintiff waits for relief, the longer the harms alleged in the Complaint continue to accumulate.

5. In order to accommodate both this concern and the request by defendant, plaintiff offered defendant a 15-day extension, from the date of service under the Rules, by emails dated February 6, 2019 and February 13, 2019.

6. Such an extension would have given defendant until March 13, 2019, to file its response to the Complaint, thus giving defendant 37 days from the date on which defendant received the Complaint by email and agreed by email to "accept service."

7. Defendant neither accepted this offer of additional time nor proposed a compromise interval shorter than the 60 days it insisted on, but instead made the present motion.

8. Plaintiff respectfully brings to the Court's attention the fact that only a day after the Complaint was filed and emailed to defendant, defendant, through its president Richard Cohen, an attorney, took to the Internet to announce – presumably after conducting a good faith analysis and investigation of the Complaint's allegations and legal claims – the Complaint was "meritless." https://www.npr.org/2019/02/05/691643824/ proud-boys-founder-files-defamation-lawsuit-against-southern-poverty-law-center (dated February 5 and printed February 20, 2019).

9. Notwithstanding this public statement by defendant, plaintiff believes in good faith that defendant does indeed need additional time to investigate and analyze the claims in the Complaint and to decide upon the appropriate response to plaintiff's claims.

10. For this reason, plaintiff does not object to defendant being granted such additional time to file a responsive pleading as the Court sees fit to order under the circumstances.

WHEREFORE, premises considered, plaintiff, Gavin McInnes, does not object to defendant, The Southern Poverty Law Center, Inc., being granted an extension to file a responsive pleading on or before April 6, 2019, and encourages this Honorable Court to enter any orders it deems appropriate to facilitate defendant's request.

Respectfully submitted on this the 21th day of February, 2019.

/s/ G. Baron Coleman
G. Baron Coleman
Alabama Bar No. ASB 9562-O67C

**BARON COLEMAN LAW FIRM**
PO Box 789
Montgomery AL 36101-0789
baroncoleman@gmail.com
334-625-9097

RONALD D. COLEMAN (*pro hac vice* admission pending)
LAUREN X. TOPELSOHN (*pro hac vice* admission pending)
**MANDELBAUM SALSBURG PC**
1270 Avenue of the Americas – Suite 1808
New York, NY 10020
rcoleman@lawfirm.ms
ltopelsohn@lawfirm.ms
212-776-1834

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing to the following:

Robert D. Segall
Shannon Holliday
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

                                          /s/ G. Baron Coleman
                                          OF COUNSEL