UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2019 FEB 22  P 1: 15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| GAVIN McINNES,<br><br>*Plaintiff,*<br><br>- *vs.* -<br><br>SOUTHERN POVERTY LAW CENTER, INC.,<br><br>*Defendant.* | CIVIL ACTION NO.<br>2:19-cv-98-MHT-GMB |

### ATTORNEY LAUREN X. TOPELSOHN'S MOTION
### FOR ADMISSION PRO HAC VICE

1.   I, LAUREN X. TOPELSOHN, an active member in good standing of the bars of New York and New Jersey, hereby respectfully apply for admission to practice ***pro hac vice*** in the Middle District of Alabama, Northern Division, representing the Plaintiff, Gavin McInnes, in the above-entitled action. My local co-counsel in this case is George Baron Coleman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the Alabama.

2.   My address of record, telephone number, and email address are:

   Mandelbaum Salsburg, P.C.
   1270 Avenue of the Americas – Suite 1808
   New York, NY  10020
   ltopelsohn@lawfirm.ms
   212-776-1834

3.   My local counsel's address of record, telephone number, and email address are:

   Baron Coleman Law Firm
   PO Box 789
   Montgomery, Alabama 36101-0789
   (334) 625-9097
   baroncoleman@gmail.com

1

4.      I am an active member in good standing of the bars of the State of New Jersey and New York and of the United States district courts for the Districts of New Jersey and Southern and Eastern Districts of New York. My New Jersey bar number is 031991992 and my New York bar number is 2482420.

5.      An original certificate of good standing from the United States District Court for the District of New Jersey, which is the district in which I reside, is attached to this application.

6.      I agree to familiarize myself with, and abide by, the Local Rules of this Court.

7.      I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted on this the 22nd day of February, 2019.

_____
Lauren X. Topelsohn

_____
G. Baron Coleman
Alabama Bar No. ASB 9562-O67C

**BARON COLEMAN LAW FIRM**
PO Box 789
Montgomery AL 36101-0789
baroncoleman@gmail.com
334-625-9097

RONALD D. COLEMAN (*pro hac vice* admission pending)
LAUREN X. TOPELSOHN (*pro hac vice* admission pending)
**MANDELBAUM SALSBURG PC**
1270 Avenue of the Americas – Suite 1808
New York, NY 10020
rcoleman@lawfirm.ms
ltopelsohn@lawfirm.ms
212-776-1834

# 1601179

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, I will place a true and correct copy of the foregoing in the US Mail, postage pre-paid, to the following:

Robert D. Segall
Shannon Holliday
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

_____
OF COUNSEL