**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| GAVIN MCINNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | 2:19-cv-00098-MHT-GMB |
| THE SOUTHERN POVERTY LAW | ) | |
| CENTER, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT OF
SOUTHERN POVERTY LAW CENTER, INC.**

COMES NOW Southern Poverty Law Center, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

1

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

Dated this 5th day of March, 2019.

                                           s/Shannon L. Holliday
                                           Shannon L. Holliday (HOL088)
                                           Robert D. Segall (SEG003)
                                           Copeland Franco Screws & Gill, P.A.
                                           444 South Perry Street (zip 36104)
                                           Post Office Box 347
                                           Montgomery, AL  36101-0347
                                           Phone: (334) 834-1180
                                           Facsimile:  (334) 834-3172
                                           Email: holliday@copelandfranco.com
                                           Email: segall@copelandfranco.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 5th day of March, 2019, I filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will electronically notify the following counsel of record:

G. Baron Coleman
Baron Coleman Law Firm
P.O. Box 789
Montgomery, AL  36101-0789

Ronald D. Coleman (admitted *pro hac*)
Lauren X. Topelsohn (admitted *pro hac*)
Mandelbaum Salsburg PC
1270 Avenue of the Americas
Suite 1808
New York, NY  10020

                                           s/Shannon L. Holliday
                                           Of counsel