# ADDENDUM IN SUPPORT OF SPLC'S MOTION TO DISMISS

| CHALLENGED STATEMENTS IN ARTICLE (a)[*] (Hatewatch Staff, *Last month in Europe: May 2018*, June 8, 2018[1]) COMPLAINT ¶¶ 229–233 | | | |
|---|---|---|---|
| CHALLENGED STATEMENT (IN BOLD) | ALLEGED FALSITY | FAILURE TO STATE A CLAIM | FURTHER EXPLANATION |
| "Gavin McInnes, the founder of the Proud Boys*, which **SPLC lists as a hate group**" (Compl. ¶ 229) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, **when in fact the Proud Boys are not a hate group**" (Compl. ¶ 231)  "in fact the Proud Boys are not white supremacist, neo-Nazi, anti-LGBT, anti-immigrant or anti-Muslim." (Compl. ¶ 232)  "in fact McInnes . . . is not white supremacist, neo-Nazi, anti-LGBT, anti-immigrant or anti-Muslim." (Compl. ¶ 232) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)  Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | |

---

[*] As noted in the accompanying Memorandum of Law at note 76, this Addendum presents the Articles in the order that they appear in the Complaint, along with the corresponding letter identifier found in the Complaint.

[1] *See* Holliday Decl., Ex. 5.

| CHALLENGED STATEMENTS IN ARTICLE (b) | | | |
|---|---|---|---|
| (Rachel Janik, *Kessler Falls Flat in D.C., But the Radical Right Marches On*, Aug. 17, 2018[2]) | | | |
| COMPLAINT ¶¶ 234–239 | | | |
| **CHALLENGED STATEMENT** (IN BOLD) | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| "**The Proud Boys (an SPLC-designated hate group** started by Vice co-founder, original hipster and self-described Islamophobe Gavin McInnes)" (Compl. ¶ 234) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, **when in fact the Proud Boys are not a hate group**" (Compl. ¶ 235) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.) Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | |
| "The Proud Boys (an SPLC-designated hate group started by Vice co-founder, original hipster and self-described Islamophobe Gavin McInnes) and Joey Gibson's Patriot Prayer, have found great success **recruiting converts to their cause in the Pacific Northwest with an approach that focuses on the same old reactionary politics and fear**, just with fewer vulgar racist overtures and more Americana." (Compl. ¶ 234) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, when in fact the Proud Boys **do not recruit converts to their cause in the Pacific Northwest with an approach that focuses on the same old reactionary politics and fear**" (Compl. ¶ 236) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.) Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | In the context of public debate, the phrase the "same old reactionary politics and fear" is rhetorical hyperbole. The words are "loose, figurative language." *Horsley v. Feldt*, 304 F.3d 1125, 1132–33 (11th Cir. 2002) (internal quotation marks omitted). The phrase the "same old reactionary politics and fear" is a subjective assessment and not readily capable of being proven true or false. *See, e.g.*, *Michel v. NYP Holdings, Inc.*, 816 F.3d 686, 697 (11th Cir. 2016). |
| "And another thing: **they offer their right-wing converts** a chance to duke it out in the street with people they disagree with." (Compl. ¶ 234) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, **when in fact the Proud Boys do not make 'right-wing converts'**" (Compl. ¶ 237) | Non-actionable opinion. (See SPLC Brief § I.E.1.). Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | |

[2] *See* Holliday Decl., Ex. 8.

| CHALLENGED STATEMENTS IN ARTICLE (b) | | | |
|---|---|---|---|
| (Rachel Janik, *Kessler Falls Flat in D.C., But the Radical Right Marches On*, Aug. 17, 2018[2]) COMPLAINT ¶¶ 234–239 | | | |
| **CHALLENGED STATEMENT** (IN BOLD) | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| | | Not defamatory. (*See* SPLC Brief § I.E.4.) | |
| "And another thing: they offer their right-wing converts **a chance to duke it out in the street with people they disagree with**." (Compl. ¶ 234) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, when in fact the Proud Boys **do not offer anyone 'a chance to duke it out in the street with people they disagree with'**" (Compl. ¶ 238) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.) Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | The "chance to duke it out" is rhetorical hyperbole. The words are "loose, figurative language." *Horsley,* 304 F.3d at 1132–33 (internal quotation marks omitted). The opinion references both Patriot Prayer and Proud Boys and is supported by facts disclosed in Article (b), including: "violence, especially violence caught on camera, was rewarded. In March 2017, [Proud Boy Member] Kyle Chapman became a star for beating a man over the head with a stick – the movement dubbed him 'Based Stickman.'" Holliday Decl., Ex. 8 at 3. |
| "**Islamophobe Gavin McInnes**" (Compl. ¶ 234) | "false and defamatory toward Mr. McInnes because he is not **an 'Islamophobe' as the word is used and understood on the website**" (Compl. ¶ 239) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.) Alternatively, substantially true. (*See* SPLC Brief § I.E.2.) | SPLC disclosed in the article the fact on which the statement is based, i.e., that McInnes *described himself* as an Islamaphobe. *See* SPLC Brief n.9 & accompanying text. |

| CHALLENGED STATEMENTS IN ARTICLE (c) | | | |
|---|---|---|---|
| (Bill Morlin, *Extremists' 'Unite the Right' Rally: A Possible Historic Alt-Right Showcase?*, Aug. 7, 2017[3]) COMPLAINT ¶¶ 240–244 | | | |
| **CHALLENGED STATEMENT** (IN BOLD) | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| "The Trump-inspired 'Proud Boys,' called the 'Alt-Light' by some and **always seeming to be looking for a rumble**, may or may not show up in sizeable numbers, although the group's founder, Gavin McInnes, says he fullheartedly supports the rally." (Compl. ¶ 240) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, which is not 'always looking for a rumble'" (Compl. ¶ 241) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.) Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | |
| "The Trump-inspired 'Proud Boys,' called the 'Alt-Light' by some and always seeming to be looking for a rumble, may or may not show up in sizeable numbers, although the group's founder, **Gavin McInnes, says he fullheartedly supports the rally**." (Compl. ¶ 240) | "false … toward Mr. McInnes because Mr. McInnes did not 'full-heartedly support the rally,' but instead stated that he supported anyone's right to attend the rally." (Compl. ¶ 242) "the extent of the falsity of the August 7, 2017 article … is demonstrated by a statement by [McInnes] dated June 21, 2017 found on the Proud Boys website saying that he had 'been asked a lot about this 'unite the right' thing going on in august" and that the Proud Boys leadership had decided to disavow the event. Mr. | Non-actionable opinion. (*See* SPLC Brief § I.E.1.) | SPLC disclosed the facts on which the opinion was based. These facts were drawn from the Proud Boys' own website and available to the reader through a link within Article (c) at the word "supports" in the challenged statement. The link currently connects the reader to McInnes's disavowal of the event cited in the Complaint at ¶¶. 243-244. However, when SPLC's article was posted on August 7, 2017, the link led to very different content. *See* Holliday Decl. ¶ 17 & Ex. 13; *see also* SPLC Brief note 51. The linked statement was titled "Official Statement Unite the Right Rally" and included the following language: "The general consensus among the group is while we enthusiastically support EVERYONE'S right to free speech/peaceably assemble, that doesn't mean we have to attend every single event." (emphasis in the original) "The organizers [of the Charlottesville Unite the Right event] are correct when they say we have to unite against our common enemy, the far left." |

---

[3] *See* Holliday Decl., Ex. 2.

| CHALLENGED STATEMENTS IN ARTICLE (c) | | | |
|---|---|---|---|
| (Bill Morlin, *Extremists' 'Unite the Right' Rally: A Possible Historic Alt-Right Showcase?*, Aug. 7, 2017[3]) COMPLAINT ¶¶ 240–244 | | | |
| **CHALLENGED STATEMENT (IN BOLD)** | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| | McInnes also said, 'I get that it's about free speech and we want everyone – even white nationalists – to have that right but I think it's coming at a time when **we need to distance ourselves from them**. I'm not punching right. I'm just not coming to your rally – no offense.'" (Compl. ¶ 243)<br><br>Citing the Proud Boys website for the proposition that the Proud Boys are not racists and the Unite the Right Event seemed to be focused on race and that the event's organizers used images that look like Nazi propaganda (Compl. ¶ 244) | | "[I]f a chapter or an individual Proud Boy feels compelled to go, we **encourage** him to do so." (emphasis added)<br><br>"[W]e wish them [the organizers of the Unite the Right event] nothing but the best."<br><br>Because these facts were disclosed through the hyperlink and form the basis of the opinion reflected in the challenged statement, McInnes has not stated a claim. *See McKee v Cosby*, 874 F.3d 54, 64 (1st Cir. 2017) ("[Defendant's] 'subjective characterizations' of otherwise accurately reported actions or statements are not capable of being proven true or false."), *cert. denied*, 139 S. Ct. 675 (2019). |

| CHALLENGED STATEMENTS IN ARTICLE (d) | | | |
|---|---|---|---|
| (Hatewatch Staff, *Do You Want Bigots, Gavin? This Is How You Get Bigots*, Aug. 10, 2017[4]) | | | |
| COMPLAINT ¶¶ 245–250 | | | |
| **CHALLENGED STATEMENT (IN BOLD)** | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| Article "bears the subtitle, '**Gavin McInnes, founder of the Proud Boys** . . .'" (Compl. ¶ 245) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, when in fact **the Proud Boys are not a hate group**" (Compl. ¶ 246) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)<br><br>Alternatively, substantially true. (*See* SPLC Brief § I.E.2.)<br><br>Not reasonably capable of conveying the alleged defamatory meaning. (*See* SPLC Brief § I.E.4.) | This article is not reasonably capable of conveying the alleged defamatory meaning—"falsely ascrib[ing]" to McInnes the characteristics of the Proud Boys as a hate group—because the article nowhere refers to the Proud Boys as a hate group. (In fact, the SPLC did not publish the designation until well after the article was posted. *See* Compl. ¶ 153.) |
| "'McInnes denies any connection between his group and the far right, dismissing the fact that they show up to the same events, take fashion cues from each other, read the same books, [and] **sympathize with each other's viewpoints including, at times, anti-Semitism**" (Compl. ¶ 245) | "suggests falsely that [McInnes] **is an anti-Semite**" (Compl. ¶ 247) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)<br><br>Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | The article does not state or otherwise suggest that Mr. McInnes is anti-Semitic or even that all of the Proud Boys' members are. In fact, the thirty-nine page article reports in significant and nuanced detail the distinctions between the Proud Boys and anti-Semitic groups. Moreover, the article explicitly states McInnes maintains that he is not anti-Semitic. *See* Holliday Decl., Ex 3 at 4.<br><br>SPLC cites as support for the challenged statement, among other things, a transcribed exchange from an April 28, 2017 broadcast of the anti-Semitic show, the *Daily Shoah*: "I sit down have beers with the leader of the New York City Proud Boys and all we do is talk about the fucking Kikes. For real." Holliday Decl., Ex. 3 at 10. |
| "states falsely that **he 'perpetuates racist memes'**" (Compl. ¶ 248) | | Non-actionable opinion. (*See* SPLC Brief § I.E.1.) | The article provides an example of such a meme: "Denials aside, McInnes has himself, at times, perpetuated racist memes such as in a tweet from June 26 in which he echoed one of the pithy memes of contemporary white supremacists, 'white genocide.'" Holliday Decl., Ex. 3 at 2-3 (reproducing |

---

[4] *See* Holliday Decl., Ex. 3.

| CHALLENGED STATEMENTS IN ARTICLE (d) | | | |
| --- | --- | --- | --- |
| (Hatewatch Staff, *Do You Want Bigots, Gavin? This Is How You Get Bigots*, Aug. 10, 2017[4]) | | | |
| COMPLAINT ¶¶ 245–250 | | | |
| CHALLENGED STATEMENT (IN BOLD) | ALLEGED FALSITY | FAILURE TO STATE A CLAIM | FURTHER EXPLANATION |
| | | | screenshot of tweet). At the very least, whether the cited "meme" is racist or not is a matter of opinion. |
| "states falsely that he '**devised**' what it falsely describes as the most fertile '**in-real-life**' recruiting ground for white supremacists and anti-Semites within today's organized far-right" (Compl. ¶ 249) | | Non-actionable opinion. (*See* SPLC Brief § I.E.1.) | The actual statement reads: "Despite McInnes's protestations on social media and elsewhere, he's devised, perhaps inadvertently, the most fertile 'in real life' recruiting ground for white nationalists and anti-Semites within today's organized far-right." Holliday Decl., Ex. 3 at 4. This is an opinion which is not provably false.<br><br>In addition, the facts on which this opinion is based are fully disclosed in the article, which is thirty-nine pages long and recounts case studies involving different persons associated with the Proud Boys and follows at least two of them from an initial association with the Proud Boys to their thereafter becoming involved with overtly white supremacist and/or anti-Semitic organizations or their leaders. The case studies, in turn, were based on SPLC's review of internet content. |
| | "attempts to argue, and **leaves readers with the impression, that numerous affirmative statements by Mr. McInnes disavowing, condemning and distancing himself from white supremacists and anti-Semites proves that the Proud Boys is actually a white supremacist and anti-Semitic organization and, hence, that Mr. McInnes** | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)<br><br>Not reasonably capable of conveying the alleged defamatory meaning. (*See* SPLC Brief § I.E.4.) | The article, considered as a whole and in context, cannot reasonably be read to say that Mr. McInnes himself "promotes" white supremacist and anti-Semitic views.<br><br>The gist of this article is not that McInnes promotes white supremacy or anti-Semitism. Rather, it concludes that "at least some Proud Boys appear to be following paths into hate groups after a gestation period in McInnes' group." Holliday Decl., Ex. 3 at 38.<br><br>At no point in the article is McInnes alleged to have been promoting white supremacist or anti-Semitic views. |

| CHALLENGED STATEMENTS IN ARTICLE (d) (Hatewatch Staff, *Do You Want Bigots, Gavin? This Is How You Get Bigots*, Aug. 10, 2017[4]) COMPLAINT ¶¶ 245–250 | | | |
| --- | --- | --- | --- |
| CHALLENGED STATEMENT (IN BOLD) | ALLEGED FALSITY | FAILURE TO STATE A CLAIM | FURTHER EXPLANATION |
| | **himself is or promotes such views**" (Compl. ¶ 250) | | |

| CHALLENGED STATEMENTS IN ARTICLE (e) (Bill Morlin, *New 'Fight Club' Ready for Street Violence*, Apr. 25, 2017[5]) COMPLAINT ¶¶ 251–256 | | | |
| --- | --- | --- | --- |
| CHALLENGED STATEMENT (IN BOLD) | ALLEGED FALSITY | FAILURE TO STATE A CLAIM | FURTHER EXPLANATION |
| "states falsely that the Proud Boys are known as '**the military arm of the Alt-Right**'" (Compl. ¶ 252) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, which **is not** '**the military arm of the Alt-Right**'" (Compl. ¶ 253) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)<br><br>Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.)<br><br>Not reasonably capable of conveying the alleged defamatory meaning. (*See* SPLC Brief § I.E.4.) | The challenged statement actually reads: "Now described as a 'neo-masculine reactionary,' McInnes calls his Proud Boys a 'pro-West fraternal organization. [¶] Others describe it as the military arm of the Alt-Right." Holliday Decl., Ex. 1 at 3.<br><br>The article fully discloses the facts that support the challenged statement: (1) Proud Boys member Kyle Chapman is reported to have created a militant "'tactical defense arm'" of the Proud Boys, Holliday Decl., Ex. 1 at 2; (2) Chapman had been quoted as saying: "'We don't fear the fight. We are the fight,'" *id.*; (3) The Proud Boy's initiation ritual included "brawling with antifascists at public rallies," *id.* at 4; (4) Chapman had articulated the purpose of this enterprise as designed to "'defend our right wing brethren,' *id.*<br><br>These fully disclosed facts undergird the opinion that the Proud Boys could be described as the military arm of the Alt-Right. |

[5] *See* Holliday Decl., Ex. 1. The Complaint misstates the date of the article as August 17, 2017. *See* Compl. ¶ 251–56.

| CHALLENGED STATEMENTS IN ARTICLE (e) | | | |
| --- | --- | --- | --- |
| (Bill Morlin, *New 'Fight Club' Ready for Street Violence*, Apr. 25, 2017[5]) | | | |
| COMPLAINT ¶¶ 251–256 | | | |
| **CHALLENGED STATEMENT (IN BOLD)** | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| "states falsely … that the Proud Boys 'shows up at pro-Trump rallies **looking to rumble** with counter[sic]-protesters'" (Compl. ¶ 252) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, which, **while its members do not fear to defend themselves, do not 'look to rumble' with anyone**" (Compl. ¶ 254) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)  Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | The phrase "looking to rumble" is "loose, figurative language" which amounts to a rhetorical hyperbole. *See Horsley v. Feldt*, 304 F.3d 1125, 1132–33 (11th Cir. 2002) (internal quotation marks omitted). |
| "states falsely … **that FOAK should be compared to a 'neo-Nazi 'fight club' called the 'DIY Division'"** (Compl. ¶ 252) | "falsely ascribes to him characteristics of SPLC's false description of FOAK, which is not in any meaningful way comparable to a neo-Nazi organization" (Compl. ¶ 255) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)  Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.)  Not reasonably capable of conveying the alleged defamatory meaning. (*See* SPLC Brief § I.E.4.) | To the extent that McInnes claims that the article implies that FOAK is like the DIY Division because FOAK embraces overtly racist themes, the article, read as a whole and in context, is not reasonably capable of conveying the alleged defamatory meaning. The article explicitly states the contrary: **"Although there initially aren't any overt racist themes**, the new group of street fighters sounds quite similar to a neo-Nazi 'fight club' called the 'DIY Division.' Members of that white supremacist group showed up last month in Huntingdon Beach, California, mingling with an estimated 2,000 Trump supporters." Holliday Decl., Ex. 1 at 3 (emphasis added).  The link in the article at the words "DIY Division" leads to another SPLC article which reports: "The 'DIY Division' bills itself as a 'neo-Nazi fight club,' whose members apparently practice boxing in preparation for public brawls and violence which have become common at many pro-Trump rallies throughout the country." Holliday Decl. Ex. 16.  The article then describes similar characteristics of FOAK: (1) "Chapman … says his new militant, highly-masculine group will be the 'tactical defensive arm' of the Proud Boys, another group that shows up at pro-Trump rallies… 'We don't fear the fight. We are the fight.'" Holliday Decl., Ex. 1 at 2 (citing social media post by Chapman); (2) "[FOAK's] emphasis will |

| CHALLENGED STATEMENTS IN ARTICLE (e) (Bill Morlin, *New 'Fight Club' Ready for Street Violence*, Apr. 25, 2017[5]) COMPLAINT ¶¶ 251–256 | | | |
|---|---|---|---|
| **CHALLENGED STATEMENT (IN BOLD)** | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| | | | be on street activism, preparation, defense and confrontation,' [Chapman] said. 'We will protect and **defend our right wing brethren** when the police and government fail to do so.'" *Id.* at 4. (emphasis supplied). These fully disclosed facts undergird the challenged statement. |
| "falsely states that … 'he **denigrated Muslims** and called Asian Americans 'slopes' and 'riceballs' on FOX News or the VDARE website" (Compl. ¶ 256) | | Non-actionable opinion. (*See* SPLC Brief § I.E.1.) Alternatively, substantially true. (*See* SPLC Brief § I.E.2.) | The actual sentence in the article reads, in pertinent part: "McInnes … more recently has been … a contributor for the racist site VDARE where he denigrated Muslims and called Asian Americans 'slopes' and 'riceballs.'" Holliday Decl., Ex. 1 at 2. SPLC's Proud Boys Page documents, through citations and/or links to them, multiple statements made by McInnes that, by any reasonable measure, denigrate Muslims, including: self-identifying as an "Islamophobe"; calling Islam a "rape culture"; saying that "Muslims have a problem with inbreeding" and that a "disproportionate number" of Muslims are "mentally damaged inbreds"; and saying that "Muslims are stupid. And the only thing they really respect is violence and being tough." *See* Holliday Decl., Ex. 11. |
| "falsely states that … 'he denigrated Muslims and **called Asian Americans 'slopes' and 'riceballs'** on FOX News or the VDARE website" (Compl. ¶ 256) | | Substantially true. (*See* SPLC Brief § I.E.2.) | The actual sentence in the article reads : "McInnes …more recently has been … a contributor for the racist site VDARE where he denigrated Muslims and called Asian Americans 'slopes' and 'riceballs.'" Holliday Decl., Ex. 1 at 2. McInnes called Asians "slopes" and "riceballs" in an article he wrote in *Taki's Magazine*. *See* Holliday Decl. ¶ 30; SPLC Brief n.7. Thus, the statement is substantially true. |

| CHALLENGED STATEMENTS IN ARTICLE (f) |
| :---: |
| (Hatewatch Staff, *McInnes, Molyneux, and 4Chan: Investigating Pathways to the Alt-Right*, Apr. 19, 2018[6]) |
| COMPLAINT ¶¶ 257–262 |

| CHALLENGED STATEMENT (IN BOLD) | ALLEGED FALSITY | FAILURE TO STATE A CLAIM | FURTHER EXPLANATION |
| :--- | :--- | :--- | :--- |
| The challenged portion of the article is actually an image, which the Complaint describes as follows: "**a red arrow winding through a black maze against a white background—evoking the colors and geometry of the Nazi flag—that starts with Mr. McInnes and leads to alt-right radical Jared Taylor**" (Compl. ¶ 257) | "[S]PLC's juxtaposition of Mr. McInnes and Taylor … is defamatory toward Mr. McInnes because **Mr. McInnes does not share the latter's extreme racist views**" (Compl. ¶ 258)<br><br>"Taylor is involved in the extremist 'White Identity' movement, advocates racial segregation and derides 'race mixing,' in contradistinction Mr. McInnes is married to[] an American Indian, has 'mixed-race' American Indian children and has frequently decried racism and extremism. Indeed, Mr. McInnes has debated Taylor on these very subjects." (Compl. ¶ 259) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)<br><br>Not reasonably capable of conveying the alleged defamatory meaning. (*See* SPLC Brief § I.E.4.) | The article poses the question: "What brings someone into the alt-right ecosystem?" Holliday Decl., Ex. 4 at 1. It then recounts how individual users of a white nationalist forum describe "their radicalization narratives." *Id.* at 1-2. Read in context, therefore, the juxtaposition cannot reasonably be read to suggest that McInnes shares the views of Jared Taylor. Rather, it opines only that McInnes serves as something of a pathway that leads to what the article characterizes as more extreme organizations and their leaders, including "alt-right radical Jared Taylor." Thus, the article is not reasonably capable of conveying the alleged defamatory meaning that McInnes shares Taylor's "extreme racist views."<br><br>In addition, the article discloses the facts on which it bases the opinion it does express. Specifically, it reports that, of the 74 people who described their path to the alt-right, Gavin McInnes was mentioned 11 times as "an influence that led them to the 'movement.'" *Id.* at 6 (chart). The article proceeds to note: "The respondents in these threads show how the current media landscape -- replete with podcasts, YouTube channels and blogs that contain tempered bits of white nationalist propaganda under the guise of patriotism, Western chauvinism, science or hard truths – can aid that agenda, coaxing the 'normies' down the path to white nationalism." Moreover, the article explains that: "Of the respondents in the sample, roughly 15 percent mentioned McInnes as a step in their path to white nationalism or recommended using his videos and writing to convert others." *Id.* at 8. |
|  | "defames Mr. McInnes by conflating the definition and use of the term 'Alt-Right,' | Not reasonably capable of conveying the alleged | The article cannot reasonably be read to characterize McInnes as a member of the alt-right. Rather, McInnes is specifically referred to as an "alt-lite" figure and distinguished from |

| CHALLENGED STATEMENTS IN ARTICLE (f) | | | |
| --- | --- | --- | --- |
| (Hatewatch Staff, *McInnes, Molyneux, and 4Chan: Investigating Pathways to the Alt-Right*, Apr. 19, 2018[6]) | | | |
| COMPLAINT ¶¶ 257–262 | | | |
| CHALLENGED STATEMENT (IN BOLD) | ALLEGED FALSITY | FAILURE TO STATE A CLAIM | FURTHER EXPLANATION |
| | which metamorphosed from a general description of 'alternative conservatives,' i.e., figures and persons not included in mainstream Republican groupings and movements, to, by 2018, meaning the phenomenon of the 'new' far-right that is obsessed with race, nationalism and anti-Semitism" (Compl. ¶ 260)  "By giving readers the impression that the 'Alt-Right' label which may have been accurate to describe Mr. McInnes in 2015 could still be used to describe him in 2018, SPLC defamed and continues to defame Mr. McInnes." (Compl. ¶ 261) | defamatory meaning. (*See* SPLC Brief § I.E.4.) | others who are characterized as "alt-right." *See, e.g.*, Holliday Decl. Ex. 4 at 4 ("Though both the alt-lite and alt-right reject 'establishment' conservatism, the former claims to adhere to civic nationalism—a poorly defined catch-all term for those who embrace nativism but shy away from more radical racist rhetoric—while the latter is explicitly white nationalist."), 7 (referring to "alt-lite personalities like Gavin McInnes"). |
| | "ascribes to Mr. McInnes or associates him with the comments of unidentified speakers claiming to be extremists, white supremacists or similar adherents of far-right philosophies because of Mr. McInnes's work which does not espouse any such philosophy" (Compl. ¶ 262) | Not reasonably capable of conveying the alleged defamatory meaning. (*See* SPLC Brief § I.E.4.) | The article does not ascribe to McInnes anyone else's comments or beliefs. No statement from any unidentified speaker referenced in the article is attributed to or otherwise associated with McInnes. |

| CHALLENGED STATEMENTS IN ARTICLE (g) | | | |
| --- | --- | --- | --- |
| (Ryan Lenz, *One Year Later: Leaders from 'Unite the Right' Fall From Grace*, Aug. 5, 2018[7]) COMPLAINT ¶¶ 263–269 | | | |
| **CHALLENGED STATEMENT (IN BOLD)** | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| "**the far-right groups** Patriot Prayer and the **Proud Boys (an SPLC-designated hate group)**'" (Compl. ¶ 263) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, which is not a far-right group" (Pars. 264 & 266)  "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, which is not a hate group" (Compl. ¶ 265) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)  Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | |
| "'Since early last year, the far-right groups Patriot Prayer and the Proud Boys (an SPLC-designated hate group) have held more than a dozen rallies throughout the Pacific Northwest under the banner of 'freedom.' These events have always been about exhibiting machismo, but—as political divisions in the country have grown—they've developed a more targeted purpose: far-right activists **taking out their aggression on political opponents**. As Proud Boys founder Gavin McInnes once | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, **which does not take out its aggressions on political opponents**" (Compl. ¶ 267) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)  Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | The challenged statement constitutes rhetorical hyperbole, "loose, figurative language" that is non-actionable as a matter of law. *Horsley v. Feldt,* 304 F.3d 1125, 1132–33 (11th Cir. 2002) (internal quotation marks omitted).  In addition, the article discloses the facts on which it bases its conclusion that the Proud Boys have "developed … [the] purpose … [of] taking out their aggression on political opponents." Specifically, the article cites the Proud Boys' Facebook page on which the group vets users for approval to be in private chatrooms. *See* Holliday Decl., Ex. 7 at 11. It quotes one Facebook user referencing the Proud Boys' Portland Rally and describing his seeing "antifa scum get knocked the fuck out," as the "highlight of my year," and another user discussing "the dozens of videos of the Portland Rally when antifa attached [sic] the March and got steamrolled and some of them put in the hospital." *Id.* |

---

[7] *See* Holliday Decl., Ex. 7.

| CHALLENGED STATEMENTS IN ARTICLE (g) (Ryan Lenz, *One Year Later: Leaders from 'Unite the Right' Fall From Grace*, Aug. 5, 2018[7]) COMPLAINT ¶¶ 263–269 | | | |
|---|---|---|---|
| **CHALLENGED STATEMENT (IN BOLD)** | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| put it, 'Fighting solves everything.'" (Compl. ¶ 263) | | | |
| "**'As Proud Boys founder Gavin McInnes once put it, 'Fighting solves everything**.'" (Compl. ¶ 263) | "falsely suggests, with the intention that readers understand, that the statement, 'Fighting solves everything,' was suggested as a literal truth, a tactic or an organizational value by Mr. McInnes" (Compl. ¶ 268)<br><br>quotation was "wrenched from the context in which Mr. McInnes said the words in order to defame him" (Compl. ¶ 269) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)<br><br>Substantially true. (*See* SPLC Brief § I.E.2.)<br><br>Not reasonably capable of conveying the alleged defamatory meaning. (*See* SPLC Brief § I.E.4.) | Mr. McInnes does not deny that he has said, "Fighting solves everything." Thus, the statement is true.<br><br>Moreover, the statement, construed in the context of the article in its entirety, does not convey the alleged defamatory meaning, *i.e.*, that the quoted statement constitutes an explicit organizational value of the Proud Boys. Article (g) does not report that his statement was an explicitly stated organizational value of the Proud Boys. The article plainly uses McInnes' statement as a rhetorical device. Even if it could reasonably be construed to imply that McInnes's statement constitutes an organizational value of the Proud Boys, it would constitute a non-actionable opinion based on disclosed facts. Specifically, the link in the challenged statement under McInnes's name leads to examples of him encouraging Proud Boys to take part in violence, including McInnes's "publishing videos on Rebel Media such as 'Fighting 'Anti-Fascists' is Fun'" as well as a "video of McInnes [that] went viral after he was filmed punching and shoving a counter-protestor … in Washington, D.C." *See* Holliday Decl. ¶ 20 & Ex.16 at 1. |

| CHALLENGED STATEMENTS IN ARTICLE (h) | | | |
| --- | --- | --- | --- |
| (Hatewatch Staff, *Another Charlottesville? Threats of Violence Loom Over Upcoming Portland Proud Boys, Patriot Prayer Rally*, July 25, 2018[8]) COMPLAINT ¶¶ 270–273 | | | |
| **CHALLENGED STATEMENT (IN BOLD)** | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| "falsely claims **in its headline** [the Proud Boys] is to be **'threatening violence' at an upcoming Portland 'Proud Boys Rally**,' despite the contradictory information in the 'Update'"(Compl. ¶ 272)<br><br>"The article goes on to provide an 'Update,' in smaller type below the headline, which admits, 'The status of the August 5 rally in Berkeley is uncertain after a rash of infighting and an announcement from Gavin McInnes that the Proud Boys 'DISAVOW' the event.'" (Compl. ¶ 271) | "Notwithstanding the 'Update,' the July 25, 2018 article by Hatewatch Staff is false and defamatory toward Mr. McInnes because it falsely ascribes to him characteristics of SPLC's false description of the Proud Boys, which the article falsely claims in its headline is to be **'threatening violence' at an upcoming Portland 'Proud Boys Rally**,' despite the contradictory information in the 'Update.'" (Compl. ¶ 272) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)<br><br>Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.)<br><br>Not reasonably capable of conveying the alleged defamatory meaning. (*See* SPLC Brief § I.E.4.) | The article's headline actually reads: **"Another Charlottesville? Threats of violence loom over upcoming Portland Proud Boys, Patriot Prayer rally.**" Holliday Decl., Ex. 6. Neither the headline nor the article attribute to any Proud Boys member or to McInnes any threat of violence in connection with the rally at issue. Rather, the article describes the confluence of factors that led SPLC to opine that, as stated in headline, "[t]hreats of violence loom over upcoming rally." Those factors include previously published references to bringing weapons to the rally as well as a declaration by persons planning to attend that "this is war." *See* Holliday Decl., Ex. 6 at 2 & 10. |
| "'Since early last year, the far-right groups Patriot Prayer and the Proud Boys have held more than a dozen rallies throughout the Pacific Northwest under the banner of 'freedom'—**and with talk of bringing weapons and declarations that 'this is war,' members are threatening to make next weekend's march** | "Notwithstanding the 'Update,' the July 25, 2018 article by Hatewatch Staff is false and defamatory toward Mr. McInnes because it falsely ascribes to him characteristics of SPLC's false description of the Proud Boys, which the article falsely claimed in its sub-headline was 'talking of | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)<br><br>Substantially true. (*See* SPLC Brief § I.E.2.)<br><br>Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | McInnes's actual grievance (set out in Compl. ¶ 273) with the bolded excerpt from Compl. ¶ 270 (left hand column) appears to be that the "Update" in Article (h) (referenced in Compl. ¶ 271) was not prominent enough. The Complaint does not assert that the article was incorrect with respect to any specific fact included in it. Thus, McInnes has not stated a claim for defamation because the report was "substantially true."<br><br>Moreover, while McInnes appears to take the position that the "Update" in Article (h) was not prominent enough (*see* |

| CHALLENGED STATEMENTS IN ARTICLE (h) | | | |
|---|---|---|---|
| (Hatewatch Staff, *Another Charlottesville? Threats of Violence Loom Over Upcoming Portland Proud Boys, Patriot Prayer Rally*, July 25, 2018[8]) COMPLAINT ¶¶ 270–273 | | | |
| **CHALLENGED STATEMENT (IN BOLD)** | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| **the most combustible yet.**'" (Compl. ¶ 270)  "The article goes on to provide an 'Update,' in smaller type below the headline, which admits, 'The status of the August 5 rally in Berkeley is uncertain after a rash of infighting and an announcement from Gavin McInnes that the Proud Boys 'DISAVOW' the event.'" (Compl. ¶ 271) | bringing weapons' and 'threatening to make next weekend's march the most combustible yet' **despite the contradictory information in the 'Update.'"** (Compl. ¶ 273) | Not reasonably capable of conveying the alleged defamatory meaning. (*See* SPLC Brief § I.E.4.) | Compl. ¶ 271), that complaint is ill-founded. McInnes incorrectly characterizes the "Update" provided by the SPLC as being in "smaller type." (Compl. ¶ 271) The type-face of the "Update," which explains McInnes's alleged disavowal of the event, appears in the same size as the typeface of the language he claims is defamatory in the immediately preceding paragraph. Both the allegedly defamatory language and the Update appear on the first page of the article, and the "Update" takes up more of the page. In addition, because it is italicized, it is in a more prominent typeface than the allegedly defamatory language. The article is, therefore, both substantially true and not reasonably capable of conveying the alleged defamatory meaning.  Finally, as noted *supra,* the challenged statement discloses two very specific reasons for the opinion that Patriot Prayer and Proud Boys "members are threatening to make next weekend's march the most combustible yet." Holliday Decl., Ex. 6 at 1. The statement cannot be read to mean that the Proud Boys organization was making this explicit threat. Rather, it is its members' "talk of bringing weapons and declarations that 'this is war,'" that are the bases of SPLC's asserted opinion that the march could be the "most combustible yet." *Id.* The article elaborates on these points (as well as other factors that suggested a potential of violence) by citing: (i) a Proud Boys member's Facebook video in which the individual member ranted about violence and declared, "This is war," *see id.* at 2; and (ii) a poll posted on Patriot Prayer's private Facebook page asking whether the group should be "arm[ed]" and/or "train[ed]," as well as multiple responses in favor of that proposition, *id.* at 14. Accordingly, |

| CHALLENGED STATEMENTS IN ARTICLE (h) (Hatewatch Staff, *Another Charlottesville? Threats of Violence Loom Over Upcoming Portland Proud Boys, Patriot Prayer Rally*, July 25, 2018[8]) COMPLAINT ¶¶ 270–273 | | | |
| --- | --- | --- | --- |
| CHALLENGED STATEMENT (IN BOLD) | ALLEGED FALSITY | FAILURE TO STATE A CLAIM | FURTHER EXPLANATION |
| | | | the statement constitutes a non-actionable opinion based on these disclosed facts. |

| CHALLENGED STATEMENTS IN ARTICLE (i) (Rachel Janik, *Far-right Skinheads Join Proud Boys in Assaulting Protestors in New York City Following Gavin McInnes Event*, Oct. 13, 2018[9]) COMPLAINT ¶¶ 274–281 | | | |
| --- | --- | --- | --- |
| CHALLENGED STATEMENT (IN BOLD) | ALLEGED FALSITY | FAILURE TO STATE A CLAIM | FURTHER EXPLANATION |
| "[The article] bears the subtitle, '**Proud Boys and far-right skinheads were caught on video singling out and attacking protesters in New York City Friday night**' and says, in its first paragraph, 'In one video, a far-right assailant in a group of at least 15 screams, 'Faggot!' as he kicks a person lying curled up on the pavement' …." (Compl. ¶ 274) | fails to "**distinguish[] between what SPLC claims to be the Proud Boys and 'far-right assailants'**" (Compl. ¶ 274) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)  Substantially true. (*See* SPLC Brief § I.E.2.)  Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | The Complaint does not identify anything in the challenged statement that was untrue or even misleading. The statement is thus substantially true.  To the extent that the person identified as a "far-right assailant" was a member of the Proud Boys, and McInnes is attempting to allege that the individual was not "far-right," SPLC's opinion that the person as a Proud Boys member was far-right is a protected opinion. |
| | "falsely ascribes to him characteristics of SPLC's false description of the Proud Boys, **when in fact the Proud Boys are not a 'far-** | Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.)  Not reasonably capable of conveying the alleged | The challenged statement does not say that the Proud Boys are a far-right group. The pertinent part of the statement at issue reads "a far-right assailant in a group of at least 15." The statement does not say that all fifteen were far-right or that they all were assailants. It merely conveys that the total number of people in the group was fifteen. Thus, the |

---

[9] *See* Holliday Decl., Ex. 9.

| CHALLENGED STATEMENTS IN ARTICLE (i) (Rachel Janik, *Far-right Skinheads Join Proud Boys in Assaulting Protestors in New York City Following Gavin McInnes Event*, Oct. 13, 2018[9]) COMPLAINT ¶¶ 274–281 | | | |
|---|---|---|---|
| **CHALLENGED STATEMENT (IN BOLD)** | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| **right' group**" (Compl. ¶ 275) | defamatory meaning. (*See* SPLC Brief § I.E.4.) | statement is not reasonably capable of the defamatory meaning ascribed to it. Moreover, even assuming that the statement could reasonably be read to convey the meaning that the Proud Boys are far-right, it is a non-actionable expression of opinion. |
| | "**omitting to report that the incident involved an attack on the Proud Boys** and other[s] by antifa militants" (Compl. ¶ 276) | Substantially true. (*See* SPLC Brief § I.E.2.) Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | The article actually reports: "Proud Boys and far-right skinheads were caught on video singling out and attacking protesters in New York Friday night." Holliday Decl., Ex. 9 at 1. Two videos are hyperlinked in the article. In neither video is there footage of protesters attacking the Proud Boys. Thus, the statement was substantially true in its description of the referenced and linked video footage. |
| | "passage cited above **referring to 'a group of at least 15' can be seen in videotaped footage to consist of nine people**." (Compl. ¶ 277) | Substantially true. (*See* SPLC Brief § I.E.2.) Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | The challenged statement actually reads: "In one video, a far-right assailant in a group of at least 15 screams, 'Faggot!' …." Holliday Decl., Ex. 9 at 1. It does not mention McInnes. The video, which is linked to the article in two places for anyone to view, shows numerous people at the scene moving in and out of the screen and, when viewed in its entirety (i.e., from its beginning to its end) it depicts at least fifteen people on the scene. McInnes may be contending that there were only nine Proud Boys in the group (since nine Proud Boys were subsequently indicted) but there are more than nine and actually more than fifteen people shown on the video. The article never states that fifteen Proud Boys took part in the attack. Moreover, even if fewer than fifteen people were in the group, the difference does not alter the gist of the article in any material way. Accordingly, the statement is substantially true. |

| CHALLENGED STATEMENTS IN ARTICLE (i) (Rachel Janik, *Far-right Skinheads Join Proud Boys in Assaulting Protestors in New York City Following Gavin McInnes Event*, Oct. 13, 2018[9]) COMPLAINT ¶¶ 274–281 | | | |
|---|---|---|---|
| **CHALLENGED STATEMENT (IN BOLD)** | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| "that one of the '**far-right assailants' shouted 'he was a fucking foreigner'**" (Compl. ¶ 278) | This was "a highly inflammatory statement reeking of extremism, **when in fact he said, 'There were four of them**,' referring to antifa attackers, who were upon information and belief not 'foreigners.'" (Compl. ¶ 278) | Substantially true. (*See* SPLC Brief § I.E.2.) Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | The article does not assert that the Proud Boys made this comment, much less that McInnes did. Thus, McInnes cannot show that this specific statement was "of and concerning" him. The actual statement contained in the article reads: "One yells a Proud Boys motto, 'Fuck around, find out!' and says, 'Dude, I had one of their fucking heads, and I was just fucking smashing it in the pavement!' [¶] 'That son of a bitch!' the man says of his beating victim. 'He was a fucking foreigner.'" Holliday Decl., Ex. 9 at 1-2. The quoted statements that precede the only alleged inaccuracy ("He was a fucking foreigner" versus "There were four of them.") so negatively reflect on the speaker, that the final statement, whether it was said or not, does not affect its gist or sting. Thus, the statement is, when read in its entirety, substantially true. Moreover, at worst, the audio is unclear concerning the words actually used, and the characterization of it in the challenged statement is therefore a constitutionally protected "rational interpretation" of ambiguous source material. *See, e.g., Bose Corp. v. Consumers Union,* 466 U.S. 485, 513 (1984). |
| "falsely claims **he 'brought a samurai sword to his event'**" (Compl. ¶ 279) | "when in fact Mr. McInnes owns no such [] weapons and, consistent with his persona as a humorist, appeared with **a toy sword made of plastic**" (Compl. ¶ 279) | Not reasonably capable of conveying the alleged defamatory meaning. (*See* SPLC Brief § I.E.4.) | There is nothing defamatory about an assertion that someone took a samurai sword to a speech he was giving. There is no allegation that McInnes intended to use it for any purpose other than as a prop. Thus, this statement is neither defamatory nor false in any material respect. *See Celle v. Filipino Reporter Enters., Inc.,* 209 F.3d 163, 177 (2d Cir. 2000). |

| CHALLENGED STATEMENTS IN ARTICLE (i) (Rachel Janik, *Far-right Skinheads Join Proud Boys in Assaulting Protestors in New York City Following Gavin McInnes Event*, Oct. 13, 2018[9]) COMPLAINT ¶¶ 274–281 | | | |
|---|---|---|---|
| **CHALLENGED STATEMENT (IN BOLD)** | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| | "The **toy sword was also broken**." (Compl. ¶ 280) | | |
| "falsely claims **he attended 'an anti-Muslim rally' in 2017, which he did not**" (Compl. ¶ 281) | | Non-actionable opinion. (*See* SPLC Brief § I.E.1.) | In ¶¶ 150-151, the Complaint itself cites SPLC's June 10, 2017, "Live Blog: ACT for Americas 'March Against Sharia' Rallies" article, *see* Holliday Decl., Ex. 21, which accurately reports that McInnes spoke at one of the referenced anti-Sharia rallies. *Id.* at 26. It is SPLC's opinion that the rally was an "anti-Muslim" rally for the reasons explained in the article itself. Whether an event is anti-Muslim or not is a subjective matter that is not provably false and, thus, the challenged statement is a protected opinion. |

| CHALLENGED STATEMENTS IN ARTICLE (j) | | | |
|---|---|---|---|
| (*Weekend Read: Violence and Hate, That's the Proud Boys in a Nutshell*, Oct. 18, 2018[10]) | | | |
| COMPLAINT ¶¶ 282–291 | | | |
| **CHALLENGED STATEMENT (IN BOLD)** | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| "bears the subtitle, 'Last Friday, members of the **hate group Proud Boys** and at least three ultranationalist skinheads attacked protesters outside the Metropolitan Republican Club in New York City'" (Compl. ¶ 282) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, **when in fact the Proud Boys are not a hate group**" (Compl. ¶ 283) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.) Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | |
| | "**repeats many of the same false and defamatory statements set forth above concerning the October 13, 2018** article by Rachel Janik on the SPLC website" (Compl. ¶ 284) | See discussion of Article (i), above. | |
| "**falsely claims that the Proud Boys' 'members marched in Charlottesville, Virginia alongside Richard Spencer, the most prominent alt-right leader'**" (Compl. ¶ 285) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, when in fact the Proud Boys not only did not as a group participate in the Charlottesville march and are not associated with Richard Spencer, but in fact expelled four members for attending the event after being forbidden from doing so by Mr. McInnes and the Proud Boys leadership at the time" (Compl. ¶ 286) | Substantially true. (*See* SPLC Brief § I.E.2.) Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | The Complaint's own description of the event in question illustrates that the challenged statement was in fact true. It implicitly concedes, as it must, that some Proud Boys members *did* march in Charlottesville, regardless of whether (as the Complaint asserts) those members were later expelled from the group. (Compl. ¶ 286) |

[10] *See* Holliday Decl., Ex. 10.

| CHALLENGED STATEMENTS IN ARTICLE (j) | | | |
|---|---|---|---|
| (*Weekend Read: Violence and Hate, That's the Proud Boys in a Nutshell*, Oct. 18, 2018[10]) | | | |
| COMPLAINT ¶¶ 282–291 | | | |
| **CHALLENGED STATEMENT (IN BOLD)** | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| "falsely claims that the Proud Boys 'represent a **new face of the radical right,**' 'relish street-fighting' and 'embrace [the] central tenets of 'white nationalism'" (Compl. ¶ 287) (alteration in Compl.) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, when in fact the Proud Boys **are not … an 'element of,' much less 'a new face of,' the radical right**" (Compl. ¶ 288) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)<br><br>Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | What constitutes the "radical right" is a matter of opinion and is not provably false. *See, e.g.,* 1 Robert D. Sack, *Sack on Defamation* § 2:4.7, at 2-48 & n.196 (5th ed. 2017).<br><br>In addition, the article discloses the various bases for SPLC's stated opinion that the Proud Boys are a "new face of the radical right" including, for instance, its member Kyle Chapman's statement: "The war against whites, and Europeans and Western society is very real. … It's time we all started talking about it and stop worrying about political correctness and optics." Holliday Decl., Ex. 10 at 5. The article also contains links to other sources that provide additional bases for the stated opinion. *See, e.g.,* Holliday Decl., ¶ 22 & Ex. 18 (SPLC article accessed by hyperlink from words "recruitment efforts on platforms as mainstream as Facebook" at page 5 of Exhibit 10). |
| "falsely claims that the Proud Boys 'represent a new face of the radical right,' '**relish street-fighting**' and 'embrace [the] central tenets of 'white nationalism'" (Compl. ¶ 287) (alteration in Compl.) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, **when in fact the Proud Boys do not 'relish street-fighting'**" (Compl. ¶ 289) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.)<br><br>Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | Like other references to the Proud Boys' members "looking to rumble" and "taking out their aggression on political opponents," addressed above, the challenged statement's reference to their "relish[ing] street-fighting" is rhetorical hyperbole.<br><br>The article also discloses the facts on which this opinion is based, including a description of and footage recorded at the October 2018 incident itself as well as a link to the SPLC Proud Boys Page, which provides multiple other examples of the Proud Boys' and McInnes's fights and rhetoric concerning fighting. *See* Holliday Decl., Ex. 10 at 1-2; *see also* Holliday Decl., Ex. 11 (SPLC Proud Boys Page). |

| CHALLENGED STATEMENTS IN ARTICLE (j) *(Weekend Read: Violence and Hate, That's the Proud Boys in a Nutshell*, Oct. 18, 2018[10]) COMPLAINT ¶¶ 282–291 | | | |
|---|---|---|---|
| **CHALLENGED STATEMENT** (IN BOLD) | **ALLEGED FALSITY** | **FAILURE TO STATE A CLAIM** | **FURTHER EXPLANATION** |
| "falsely claims that the Proud Boys 'represent a new face of the radical right,' 'relish street-fighting' **and 'embrace [the] central tenets of 'white nationalism'"** (Compl. ¶ 287) (alteration in Compl.) | "falsely ascribes to [McInnes] characteristics of SPLC's false description of the Proud Boys, when in fact the **Proud Boys do not embrace the central tenets of white nationalism**" (Compl. ¶ 290) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.) Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | |
| "[McInnes is] **an 'extremist' who[] utilizes 'subterfuge and lies'"** (Compl. ¶ 291) | "falsely describes [McInnes] as an **'extremist' who[] utilizes 'subterfuge and lies'"** (Compl. ¶ 291) | Non-actionable opinion. (*See* SPLC Brief § I.E.1.) Not "of and concerning" McInnes. (*See* SPLC Brief § I.E.3.) | The article discloses the basis for of the challenged statement's references to "subterfuge and lies" by quoting the founder of an anti-racist organization called the One People Project, Daryle Lamont Jenkins, who said, "Every time their members are seen doing things they're not supposed to be doing, like showing up at Unite the Right, they claim that person left the Proud Boys." Holliday Decl., Ex. 10 at 4-5. Moreover, the references to "lies and subterfuge" is, in the context of the article construed as a whole, rhetorical hyperbole. *Horsley v. Feldt,* 304 F.3d 1125, 1132–33 (11th Cir. 2002). Finally, whether one is an "extremist" is a subjective opinion that is not provably false. *See, e.g., Sack on Defamation* 2-48 & n.196. |