**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| GAVIN MCINNES, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 2:19-cv-00098-MHT-GMB |
| THE SOUTHERN POVERTY LAW ) | |
| CENTER, INC. ) | |
| ) | |
|     Defendant. ) | |

**DECLARATION OF SHANNON L. HOLLIDAY**

I, SHANNON L. HOLLIDAY, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner with the law firm Copeland Franco Screws and Gill, P.A. I am duly admitted to the practice of law before this Court and have entered my appearance on behalf of defendant Southern Poverty Law Center, Inc. ("SPLC").

2. I submit this declaration to place before the Court certain publicly available information in support of SPLC's Motion to Dismiss the Complaint.

**The Articles**

3. The Complaint in this action alleges one count of defamation based in part upon the content of 10 articles (the "Articles") published by SPLC on its website. *See generally* Compl. ¶¶ 211-291. The Complaint does not attach those Articles, which, as of April 5, 2019, remain publically available on SPLC's website as described below.

4. Attached hereto as **Exhibit 1** is a true and correct copy of an April 25, 2017 Article entitled *New 'Fight Club' Ready for Street Violence*, written by Bill Morlin, available at

https://www.splcenter.org/hatewatch/2017/04/25/new-fight-club-ready-street-violence.  This Article is discussed at ¶¶ 251-256 of the Complaint.

5. Attached hereto as **Exhibit 2** is a true and correct copy of an August 7, 2017 Article entitled *Extremist's 'Unite the Right' Rally: A Possible Historic Alt-Right Showcase?*, written by Bill Morlin, available at https://www.splcenter.org/hatewatch/2017/08/07/extremists-unite-right-rally-possible-historic-alt-right-showcase.  This Article is discussed at ¶¶ 240-244 of the Complaint.

6. Attached hereto as **Exhibit 3** is a true and correct copy of an August 10, 2017 Article entitled *Do you want Bigots, Gavin? This is how you get Bigots*, written by Hatewatch Staff, available at https://www.splcenter.org/hatewatch/2017/08/10/do-you-want-bigots-gavin-because-how-you-get-bigots.  This Article is discussed at ¶¶ 245-250 of the Complaint.

7. Attached hereto as **Exhibit 4** is a true and correct copy of an April 19, 2018 Article entitled *McInnes, Molyneux, and 4Chan: Investigating Pathways to the Alt-Right*, written by Hatewatch Staff, available at https://www.splcenter.org/20180419/mcinnes-molyneux-and-4chan-investigating-pathways-alt-right.  This Article is discussed at ¶¶ 257-262 of the Complaint.

8. Attached hereto as **Exhibit 5** is a true and correct copy of a June 8, 2018 Article entitled *Hatewatch Staff Report: Last Month in Europe: May 2018*, available at https://www.splcenter.org/hatewatch/2018/06/08/last-month-europe-may-2018.  This Article is discussed at ¶¶ 229-233 of the Complaint.

9. Attached hereto as **Exhibit 6** is a true and correct copy of a July 25, 2018 Article entitled *Another Charlottesville? Threats of Violence Loom Over Upcoming Portland Proud Boys, Patriot Prayer Rally*, written by Hatewatch Staff, available at

https://www.splcenter.org/hatewatch/2018/07/25/another-charlottesville-threats-violence-loom-over-upcoming-portland-proud-boys-patriot.  This Article is discussed at ¶¶ 270-273 of the Complaint.

10. Attached hereto as **Exhibit 7** is a true and correct copy of an August 5, 2018 Article entitled *One Year Later: Leaders from 'Unite the Right' Fall From Grace*, written by Ryan Lenz, available at https://www.splcenter.org/fighting-hate/intelligence-report/2018/one-year-later-leaders-%E2%80%98unite-right%E2%80%99-fall-grace.  This Article is discussed at ¶¶ 263-269 of the Complaint.

11. Attached hereto as **Exhibit 8** is a true and correct copy of an August 17, 2018 Article entitled *Kessler Falls Flat in D.C., But the Radical Right Marches On*, written by Rachel Janik, available at https://www.splcenter.org/hatewatch/2018/08/17/kessler-falls-flat-dc-radical-right-marches.  This Article is discussed at ¶¶ 234-239 of the Complaint.

12. Attached hereto as **Exhibit 9** is a true and correct copy of an October 13, 2018 Article entitled *Far-right Skinheads join Proud Boys in assaulting protestors in New York City Following Gavin McInnes Event*, written by Rachel Janik, available at https://www.splcenter.org/hatewatch/2018/10/13/far-right-skinheads-join-proud-boys-assaulting-protesters-new-york-city-following-gavin.  This Article is discussed at ¶¶ 274-281 of the Complaint.

13. Attached hereto as **Exhibit 10** is a true and correct copy of an October 18, 2018 Article entitled *Weekend Read: Violence and Hate, That's the Proud Boys in a Nutshell*, available at https://www.splcenter.org/news/2018/10/18/weekend-read-violence-and-hate-thats-proud-boys-nutshell.  This Article is discussed at ¶¶ 282-291 of the Complaint.

**Materials Available Through Hyperlinks in the Articles**

14. Each of the Articles described above contains numerous hyperlinks to other articles and online materials both on SPLC's website and other internet sites.

15. Attached hereto as **Exhibit 11** is a true and correct copy of the SPLC Proud Boys Home Page, available at https://www.splcenter.org/fighting-hate/extremist-files/group/proud-boys. Exhibits 4, 5, 6, 7, 8, 9 and 10 contain hyperlinks to the SPLC Proud Boys Page.

16. Attached hereto as **Exhibit 12** is a true and correct copy of the *Official Statement on the "Unite the Right" Rally*, published online in Proud Boy Magazine, as of June 24, 2017, available at

https://web.archive.org/web/20170624025909/http:/officialproudboys.com/news/gavin-mcinnes-virginia-unite-the-right-rally-disavowed (accessed by searching Internet Archive's Wayback Machine). Exhibit 2 contains a hyperlink to the original website on which this page appeared as of June 24, 2017 (*see* Memorandum at notes 51-53 and accompanying text for further explanation).

17. Attached hereto as **Exhibit 13** is a true and correct copy of the *Official Statement on the "Unite the Right" Rally*, published online in Proud Boy Magazine, as of August 12, 2017, available at

https://web.archive.org/web/20170812145319/http:/officialproudboys.com/news/gavin-mcinnes-virginia-unite-the-right-rally-disavowed (accessed by searching Internet Archive's Wayback Machine). Exhibit 2 contains a hyperlink to the original website on which this page appeared at the time Exhibit 2 was published on August 12, 2017 (*see* Memorandum at notes 51-53 and accompanying text for further explanation).

18. Attached hereto as **Exhibit 14** is a true and correct copy of the *Official Statement on the "Unite the Right" Rally*, published online in Proud Boy Magazine, as of August 16, 2017, available at https://web.archive.org/web/20170816230848/http:/officialproudboys.com/news/gavin-mcinnes-virginia-unite-the-right-rally-disavowed/ (accessed by searching Internet Archive's Wayback Machine). Exhibit 2 contains a hyperlink to the original website on which this page appeared as of August 16, 2017 (*see* Memorandum at notes 51-53 and accompanying text for further explanation).

19. Attached hereto as **Exhibit 15** is a true and correct copy of a September 15, 2016 article by Gavin McInnes entitled *Introducing: The Proud Boys*, published in Taki's Magazine and available at https://www.takimag.com/article/introducing_the_proud_boys_gavin_mcinnes/. Exhibit 3 contains a hyperlink to this article.

20. Attached hereto as **Exhibit 16** is a true and correct copy of an April 4, 2017 article entitled *Neo-Nazi Skins Played Role in Pro-Trump Rally* written by Bill Morlin, available at https://www.splcenter.org/hatewatch/2017/04/04/neo-nazi-skins-played-role-pro-trump-rally. Exhibit 1 contains a hyperlink to this article.

21. Attached hereto as **Exhibit 17** is a true and correct copy of an August 22, 2017 article entitled *Hard Times Comin' Through: Gavin McInnes and the Charlottesville 'Racism War'* written by Hatewatch Staff, available at https://www.splcenter.org/hatewatch/2017/08/22/hard-times-comin-through-gavin-mcinnes-and-charlottesville-racism-war. Exhibit 7 contains a hyperlink to this article.

22. Attached hereto as **Exhibit 18** is a true and correct copy of an August 2, 2018 article entitled *Facebook's fight club: how the Proud Boys use the social media platform to vet*

*their fighters* written by Hatewatch Staff, available at

https://www.splcenter.org/hatewatch/2018/08/02/facebooks-fight-club-how-proud-boys-use-social-media-platform-vet-their-fighters. Exhibit 10 contains a hyperlink to this article.

**Other Materials the Complaint Relies Upon**

23. Attached hereto as **Exhibit 19** is a true and correct copy of an October 16, 2018, New York Times article written by Alan Feuer and entitled *Proud Boys Founder: How He Went from Brooklyn Hipster to Far-Right Provocateur*. The article is available at https://www.nytimes.com/2018/10/16/nyregion/proud-boys-gavin-mcinnes.html. It is discussed in the Complaint at ¶¶ 22-23, 25-29, 36-37.

24. Attached hereto as **Exhibit 20** is a true and correct copy of the "Change the Terms" website homepage, available at https://www.changetheterms.org/. It is discussed in the Complaint at ¶¶ 118-149.

25. Attached hereto as **Exhibit 21** is a true and correct copy of a June 10, 2017 article entitled *Live Blog: ACT for Americas 'March Against Sharia' Rallies*, by Hatewatch Staff, available at https://www.splcenter.org/hatewatch/2017/06/10/live-blog-act-americas-march-against-sharia-rallies. It is discussed in the Complaint at Compl. ¶¶ 150-51.

**Other Materials Cited in SPLC's Memorandum of Law in Support of its Motion to Dismiss the Complaint**

26. The remaining news reports and other online materials cited in SPLC's Motion to Dismiss were accessible on the Internet as of April 5, 2019, as follows:

27. An online article entitled *Vice Rising: Corporate Media Woos Magazine World's Punks*, N.Y. Press, Oct. 8, 2002 (updated Feb. 16, 2015), available at http://www.nypress.com/vice-rising-corporate-media-woos-magazine-worlds-punks/.

28. An online article by Vanessa Grigoriadis, *The Edge of Hip: Vice, the Brand*, N.Y. Times, Sept. 28, 2003, available at https://www.nytimes.com/2003/09/28/style/the-edge-of-hip-vice-the-brand.html.

29. An online article by Gavin McInnes, *Everything I Learned in College Was A Lie*, Taki's Magazine, July 19, 2013, available at https://www.takimag.com/article/everything_i_learned_in_college_was_a_lie_gavin_mcinnes/2/.

30. An online article by Gavin McInnes, *OK, Let's NOT Kill Everyone in China*, Taki's Magazine, Nov. 15, 2013, available at https://www.takimag.com/article/ok_lets_not_kill_everyone_in_china_gavin_mcinnes/.

31. An online article (since removed and replaced with links to reactions to the article) by Gavin McInnes, *Transphobia is Perfectly Natural*, Thought Catalog, August 2014, available at https://thoughtcatalog.com/gavin-mcinnes/2014/08/transphobia-is-perfectly-natural/.

32. An online video entitled *The America First Fraternity Pledges Trump*, NBC News Left Field, Nov. 1, 2017, available at https://www.nbcnews.com/leftfield/video/the-america-first-fraternity-pledges-trump-1086714435900.

33. An online article by Sam Frizell, *GOP Shows White Supremacist's Tweet During Trump's Speech*, Time, July 22, 2016, available at http://time.com/4418591/republican-convention-white-supremacist-tweet/.

34. An online Wikipedia page for *VDARE*, available at https://en.wikipedia.org/w/index.php?title=VDARE&oldid=887069344.

35. An online article by Emily Shugerman, *White supremacist sues Twitter for allegedly violating his right to free speech*, The Independent, Feb. 22, 2018, available at

https://www.independent.co.uk/news/world/americas/white-supremacist-jared-taylor-sues-twitter-free-speech-twitter-lockout-a8224056.html.

36.     An online Wikipedia page for *American Renaissance (magazine)*, available at https://en.wikipedia.org/w/index.php?title=American_Renaissance_(magazine)&oldid=881857999.

37.     An online article by Gavin McInnes, *I'm Not a Racist Sexist, or a Homophobe, You N\*\*\*er Slut Fa\*\*ot*, Taki's Magazine, Aug. 12, 2011, available at https://www.takimag.com/article/im_not_a_racist_sexist_or_a_homophobe_you_nigger_slut_faggot/.

38.     An online article by Gavin McInnes, *A Woman Should Vote with Her Husband*, Taki's Magazine, Oct. 27, 2016, available at https://www.takimag.com/article/a_woman_should_vote_with_her_husband_gavin_mcinnes/.

39.     An online article by Jonathan Goldsbie, *We Watched Gavin McInnes's Full Anti-Semitic Rant So You Don't Have To*, Canadaland, Mar. 14, 2017, available at https://www.canadalandshow.com/rebel-media-star-gavin-mcinnes-has-theories-on-jews/.

40.     An online article by The Forward & Daniel J. Solomon, *Vice Co-founder Lists the '10 Things He Hates the Most About Jews'*, Haaretz, March 18, 2017, available at https://www.haaretz.com/us-news/vice-co-founder-lists-the-10-things-he-hates-the-most-about-jews-1.5449718.

41.     An online article by Jonathan Mahler, *Donald Trump's Message Resonates with White Supremacists*, N.Y. Times, Feb. 29, 2016, available at https://www.nytimes.com/2016/03/01/us/politics/donald-trump-supremacists.html.

42. An online article by Corky Siemaszko, *Who is David Duke, the White Supremacist Who Endorsed Donald Trump?*, NBC News, Feb. 29, 2016, https://www.nbcnews.com/news/us-news/who-david-duke-white-supremacist-who-endorsed-donald-trump-n528141.

43. An online article by Graeme Wood, *His Kampf*, The Atlantic, June 2017, available at https://www.theatlantic.com/magazine/archive/2017/06/his-kampf/524505/.

44. An online article by Amanda Marcotte, *Gavin McInnes and the Proud Boys: 'Alt-right without the racism'?*, Salon, Oct. 17, 2018, available at https://www.salon.com/2018/10/17/gavin-mcinnes-and-the-proud-boys-alt-right-without-the-racism/.

45. An online article by Max Jaeger & Tina Moore, *Vice co-founder shames victims of alleged neo-Nazi beatdown*, N.Y. Post, Feb. 27, 2017, available at https://nypost.com/2017/02/27/vice-co-founder-shames-victims-of-alleged-neo-nazi-beatdown/.

46. An online article by Damien Gayle, *Thousands march in 'free speech' protest led by rightwing figures*, The Guardian, May 6, 2018, available at https://www.theguardian.com/world/2018/may/06/thousands-of-far-right-protesters-march-in-london-in-support-of-free-speech.

47. An online article by Kurtis Lee & Jenny Jarvie, *Anti-Sharia rallies around the U.S. denounce Islam while stoking concerns among Muslim groups*, Los Angeles Times, June 10, 2017, available at https://www.latimes.com/nation/la-na-anti-muslim-rallies-20170610-story.html.

48. An online video from *The Steve Maltzberg Show*, NewsmaxTV, Feb. 3, 2017, available at https://www.youtube.com/watch?v=kXc9H2Reokk.

49. An online article by Jane Coaston, *The Proud Boys, the bizarre far-right street fighters behind the violence in New York. Explained*, Vox.com, Oct. 15, 2018, available at https://www.vox.com/2018/10/15/17978358/proud-boys-gavin-mcinnes-manhattan-gop-violence.

50. An online article by James Purtill, *Labor calls on Govt to deny visa to Proud Boys founder Gavin McInnes*, Australian Broadcasting Corporation, Oct. 25, 2018, available at https://www.abc.net.au/triplej/programs/hack/calls-for-govt-to-deny-visa-proud-boys-founder-gavin-mcinnes/10429936.

51. An online article by Kimberly M. Aquilina, *Gavin McInnes explains what a Proud Boy is and why porn and wanking are bad*, Metro, Feb. 9, 2017, available at https://www.metro.us/news/gavin-mcinnes-speaks-out-after-nyu-protest-cancels-event/zsJqbh---FxD2szu1meZg.

52. An online article by Andrew Marantz, *Trump Supporters at the Deploraball*, The New Yorker, Jan. 29, 2017, available at
https://www.newyorker.com/magazine/2017/02/06/trump-supporters-at-the-deploraball.

53. An online article by Jared Holt, *Gavin McInnes Brags About Fight Over Dog Poop With Man Who Looked 'Kind of Hispanic'*, Right Wing Watch, June 13, 2018, available at http://www.rightwingwatch.org/post/gavin-mcinnes-brags-about-fight-over-dog-poop-with-man-who-looked-kind-of-hispanic/.

54. An online article by Andy Campbell, *Gavin McInnes' Wife Threatens Neighbors Over 'Hate Has No Home Here' Signs*, Huffington Post, Jan. 8, 2019, available at https://www.huffingtonpost.com/entry/gavin-mcinnes-emily-mcinnes-neighbors-over-anti-hate-signs_us_5c34c117e4b05d4e96bcc88d.

55. An online article by Nicole Hemmer, *Tweedy Racists and "Ironic" Anti-Semites: the Alt-Right Fits a Historical Pattern*, Vox.com, Dec. 2, 2016, available at https://www.vox.com/the-big-idea/2016/12/2/13814728/alt-right-spencer-irony-racism-punks-skinheads.

56. An online article by Simon Houpt, *Everything Inside Gavin McInnes*, The Globe and Mail, Aug. 18, 2017 (updated Nov. 12, 2017), available at https://www.theglobeandmail.com/arts/television/gavin-mcinnes-path-to-the-far-rightfrontier/article36024918/.

57. An online article by Alan Feuer & Jeremy W. Peters, *Fringe Groups Revel as Protests Turn Violent*, N.Y. Times, June 2, 2017, available at https://www.nytimes.com/2017/06/02/us/politics/white-nationalists-alt-knights-protests-colleges.html?_r=0.

58. An online article by Kristina Monllos, *Rooster CCO Gavin McInnes Asked to Take Leave of Absence*, Adweek, Aug. 15, 2014, available at https://www.adweek.com/brand-marketing/rooster-cco-gavin-mcinnes-asked-take-leave-absence-159536/.

59. An online article by Ryan Mac & Blake Montgomery, *Twitter Suspended Proud Boys' And Founder Gavin McInnes' Accounts Ahead Of The 'Unite The Right' Rally*, Buzzfeed News, Aug. 11, 2018, available at https://www.buzzfeednews.com/article/ryanmac/twitter-suspends-proud-boys-and-founder-gavin-mcinnes.

60. An online article by Sean Keane, *Facebook bans pages linked to far-right Proud Boys group after arrests*, CNET, Oct. 31, 2018, available at https://www.cnet.com/news/facebook-bans-pages-linked-to-far-right-proud-boys-group-after-arrests/.

61.     An online article by Aaron Mak, *PayPal Banned the Proud Boys and Three Antifa Groups*, Slate, Nov. 9, 2018, available at https://slate.com/technology/2018/11/proud-boys-and-several-antifa-groups-blocked-on-paypal.html.

62.     An online article by Jon Levine, *YouTube Reinstates Gavin McInnes Just Days After Ban: 'I'm back, It Won't Last'*, The Wrap, Dec. 13, 2018, available at https://www.thewrap.com/youtube-reinstates-gavin-mcinnes-just-days-after-ban/.

63.     An online video from Rebel Media, *Gavin McInnes: What is the Alt-Right?*, YouTube.com, available at https://www.youtube.com/watch?v=UQCZ9izaCa4&feature=youtu.be&t=46s.

64.     An online article entitled *Alt Right 'Proud Boys' Declare Victory in Berkeley Melee*, CBS News San Francisco, Apr. 15, 2017, available at https://sanfrancisco.cbslocal.com/2017/04/15/proudboys-berkeley-violence-trump/.

65.     An online article by Natalie Orenstein, *Kyle 'Based Stickman' Chapman charged with felony after Berkeley rally*, Berkleyside, Aug. 18, 2017, available at https://www.berkeleyside.com/2017/08/18/kyle-based-stickman-chapman-charged-felony-connection-berkeley-rally.

66.     An online article entitled *Who are the Proud Boys who disrupted an Indigenous event on Canada Day?*, CBC Radio, July 4, 2017, available at https://www.cbc.ca/radio/asithappens/as-it-happens-tuesday-edition-1.4189447/who-are-the-proud-boys-who-disrupted-an-indigenous-event-on-canada-day-1.4189450.

67.     An online article by Dean Obeidallah, *Trump-Supporting Bigots to Target Upstate New York Muslims*, The Daily Beast, July 14, 2017, available at https://www.thedailybeast.com/trump-supporting-bigots-to-target-upstate-new-york-muslims.

68. An online article by Alan Feuer & Ali Winston, *Founder of Proud Boys Says He's Arranging Surrender of Men in Brawl*, N.Y. Times, Oct. 19, 2018, available at https://www.nytimes.com/2018/10/19/nyregion/the-proud-boys-gavin-mcinnes-arrested.html.

69. An online article by Tom Porter, *Who are the Alt-right Leaders Addressing the White Nationalist Rally in Charlottesville?*, Newsweek, Aug. 12, 2017, available at https://www.newsweek.com/alt-right-leaders-are-addressing-largest-white-nationalist-rally-decades-650096.

70. An online article entitled *Explained: Who are the far-right Proud Boys?*, Al-Jazeera, July 18, 2018, available at https://www.aljazeera.com/news/2018/07/explained-proud-boys-180716144139072.html.

71. An online article by Luke Barnes, *Proud Boys Founder Disavows Violence at Charlottesville But One of Its Members Organized the Event*, Think Progress, Aug. 24, 2017, available at https://thinkprogress.org/proud-boys-founder-tries-and-fails-to-distance-itself-from-charlottesville-6862fb8b3ae9/.

72. An online article by Meg O'Connor, *Hate Goes Mainstream with the Miami Proud Boys*, Miami New Times, Dec. 10, 2018, available at https://www.miaminewtimes.com/news/inside-miami-alt-right-and-proud-boys-chapter-10945821.

73. An online article entitled *Right-wing rally, counter-protesters face off in Portland*, PBS Newshour, Aug. 4, 2017, available at https://www.pbs.org/newshour/nation/portland-police-city-officials-prepare-for-right-wing-rally-and-counter-protest.

74. An online article by Will Sommer, *Proud Boys, the Infamous Right-Wing Brawlers, Head to the Heart of Antifa Country*, The Daily Beast, July 19, 2018, available at

https://www.thedailybeast.com/proud-boys-the-infamous-right-wing-brawlers-head-to-the-heart-of-antifa-country.

75. An online article by Katie Shepherd, *Portland Police Declare a Riot After Right-Wing Marchers Begin Beating Antifascists with Flag Poles*, Willamette Week, June 30, 2018 (updated July 1, 2018), available at https://www.wweek.com/news/2018/06/30/portland-police-declare-a-riot-after-right-wing-marchers-begin-beating-antifascists-with-flag-poles/.

76. An online article by Shane Dixon Kavanaugh, *Proud Boys, a fixture at Portland protests, labeled 'extremist group' by FBI*, The Oregonian, Nov. 19, 2018, available at https://www.oregonlive.com/portland/2018/11/proud_boys_a_fixture_at_portla.html.

77. An online article by Caroline Linton, *Video shows alleged assault of protestors after event featuring Proud Boys founder*, CBS News, Oct. 13, 2018, available at https://www.cbsnews.com/news/proud-boys-nypd-response-alleged-assault-gavin-mcinnes-metropolitan-republican-club-manhattan/.

78. An online article by Shane Goldmacher, *Fight Breaks Out Near Republican Club After Visit by Gavin McInnes, Police Say*, N.Y. Times, Oct. 12, 2018, available at https://www.nytimes.com/2018/10/12/nyregion/gavin-mcinnes-republican-club-vandalized.html.

79. An online article by Tim Fitzsimons, *Proud Boys Guilty of a Hate Crime? Experts Say Probably Not*, NBC News, Oct. 17, 2018, available at https://www.nbcnews.com/feature/nbc-out/proud-boys-guilty-hate-crime-experts-say-probably-not-n921156.

80. An online article by Jason Wilson, *Proud Boys founder Gavin McInnes quits 'extremist' far-right group*, The Guardian, Nov. 22, 2018, available at https://www.theguardian.com/world/2018/nov/22/proud-boys-founder-gavin-mcinnes-quits-far-right-group.

81. An online article entitled *Far-right Proud Boys members sentenced over Manhattan brawl*, BBC, Mar. 2, 2019, available at https://www.bbc.com/news/world-us-canada-47426598.

82. An online article by Jason Wilson, *Portland: far-right activist threatens mayor as groups change tactics*, The Guardian, Jan. 29, 2019, available at https://www.theguardian.com/us-news/2019/jan/29/portland-violent-rightwing-group-targets-mayor-with-threats.

83. An online article by Taylor Hatmaker, *Facebook is the recruiting tool of choice for far-right group the Proud Boys*, TechCrunch, Aug. 10, 2018, available at https://techcrunch.com/2018/08/10/proud-boys-facebook-mcinnes/.

84. An online podcast entitled *The Daily Shoah #159*, June 2, 2017, available at https://therightstuff.biz/2017/06/02/the-daily-shoah-159-a-flying-swimming-driving-podcast/.

85. An online article by Paul Bass, *Nationalists? Or Whitehoodwinkers?*, New Haven Independent, July 13, 2017, available at https://www.newhavenindependent.org/index.php/archives/entry/proud_of_what/.

86. A web page entitled *What We Do*, SPLC, available at https://www.splcenter.org/what-we-do.

87. A web page entitled *Who We Are*, Change the Terms, available at https://www.changetheterms.org/coalition.

88. An online article by Nick R. Martin, *These six New York officials are calling for action against the Proud Boys after NYC attacks*, SPLC, Oct. 16, 2018, available at https://www.splcenter.org/hatewatch/2018/10/16/these-six-new-york-officials-are-calling-action-against-proud-boys-after-nyc-attacks.

89. An online article by Pervaiz Shallwani & Kelly Weill, *NYPD Looks to Charge 9 Proud Boys With Assault for Manhattan Fight*, The Daily Beast, Oct. 15, 2018, available at https://www.thedailybeast.com/nypd-looks-to-charge-9-proud-boys-with-assault-for-manhattan-fight.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: Montgomery, Alabama
April 6, 2019

                                                  */s/ Shannon L. Holliday*
                                                   Shannon L. Holliday