IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GAVIN McINNES,                        )
                                      )
     Plaintiff,                       )
                                      )        CIVIL ACTION NO.
     v.                               )          2:19cv98-MHT
                                      )
THE SOUTHERN POVERTY LAW              )
CENTER, INC.,                         )
                                      )
     Defendant.                       )

ORDER

It is ORDERED that the motion for leave to file amicus curiae brief in support of defendant's motion to dismiss (doc. no. 18) is denied.  The court is convinced that both sides of this case can adequately present and argue the issues without outside assistance.

DONE, this the 30th day of April, 2019.


                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE