UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAVIN McINNES,<br><br>*Plaintiff*,<br><br>- *vs.* -<br><br>SOUTHERN POVERTY LAW CENTER, INC.,<br><br>*Defendant*. | CIVIL ACTION NO.<br>2:19-cv-98-MHT-GMB |

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
AND SECOND SUGGESTED FILING SCHEDULE AGREED-UPON BY COUNSEL FOR PLAINTIFF AND DEFENDANT**

COMES NOW the Plaintiff in the above-styled cause and moves this Honorable Court for a second extension of time to respond to Defendant's Motion to Dismiss (Doc. 17) and suggests a filing schedule agreed upon by counsel for Plaintiff and Defendant for Defendant's reply to Plaintiff's response. As grounds therefore, Plaintiff states as follows:

1. Defendant sought (Doc. 5) and was granted (Doc. 8) an extension to file a responsive pleading to Plaintiff's Complaint (Doc. 1). Plaintiff did not oppose Defendant's request for an extension (Doc. 7).

2. Defendant filed a Motion to Dismiss (Doc. 17) on April 6, 2019, with a service date of April 8, 2019. The Court set a due date of April 26, 2019 for Plaintiff's response (Doc. 19).

3. Plaintiff filed an Unopposed Motion for Extension of Time to Respond (Doc. 25) that was generously granted (Doc. 26), setting a filing schedule for the Plaintiff's response due on May 8 and the Defendant's reply due on May 31.

4.       Counsel for Defendant agreed to a second extension of time to respond to allow Plaintiff to respond to Defendant's Motion to Dismiss no later than May 13, conditioned on Plaintiff's agreement to consent to request that the Court extend the deadline for a reply to Plaintiff's response to June 5. Plaintiff agreed to this extension.

5.       Therefore, Plaintiff and Defendant are in agreement that, should this Court generously grant the second extensions of time as agreed-upon by Plaintiff and Defendant, the schedule for filing would be as follows:  Plaintiff's response due no later than May 13, 2019, and Defendant's reply due no later than June 5, 2019.

WHEREFORE, Plaintiff moves this Honorable Court to grant Plaintiff's present second motion to extend the date to respond to Defendant's motion to dismiss and enter any such orders the Court deems necessary to effectuate the agreed-upon filing schedule.

Respectfully submitted on this the 7th day of May, 2019.

/s/ G. Baron Coleman
G. Baron Coleman
Alabama Bar No. ASB 9562-O67C

**BARON COLEMAN LAW FIRM**
PO Box 789
Montgomery AL 36101-0789
baroncoleman@gmail.com
334-625-9097

RONALD D. COLEMAN
LAUREN X. TOPELSOHN
**MANDELBAUM SALSBURG PC**

1270 Avenue of the Americas – Suite 1808
New York, NY  10020
rcoleman@lawfirm.ms
ltopelsohn@lawfirm.ms
212-776-1834

## CERTIFICATE OF SERVICE

       I hereby certify that on May 7, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing to the following:

Robert D. Segall
Shannon Holliday
Benjamin Maxymuk
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

                                                    /s/ G. Baron Coleman
                                                    OF COUNSEL