IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GAVIN McINNES,                  )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )      2:19cv98-MHT
                                )
THE SOUTHERN POVERTY LAW        )
CENTER, INC.,                   )
                                )
     Defendant.                 )
```

### ORDER

It is ORDERED that (1) that the unopposed motion for extension of time (doc. no. 29) is granted; and (2) the motion to dismiss (doc. no. 17) is reset for submission, without oral argument, on June 5, 2019, with any opposition brief due by May 13, 2019, and any reply to the opposition due by June 5, 2019.

DONE, this the 7th day of May, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE