**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| GAVIN MCINNES, | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:19-cv-00098-MHT-GMB |
| THE SOUTHERN POVERTY LAW CENTER, INC., | ) ) | |
| | ) | |
|     **Defendant.** | ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant SPLC respectfully submits this Notice to inform the Court of the recent decision of the United States District Court for the District of Columbia in *Center for Immigration Studies v. Cohen*, No. 1:19-CV-87, 2018 WL 2749727 (D.D.C. Sept. 13, 2019) [*hereinafter* "*CIS*"].[1] This decision is relevant to SPLC's argument in this case that Plaintiff McInnes's suit must be dismissed on the basis that SPLC's "hate group" designations are constitutionally protected, non-actionable opinions rather than factual statements susceptible of being proven true or false.[2]

The defendants in *CIS* were two employees of the SPLC, Richard Cohen and Heidi Beirich, and the central issue in the case involved the actionability of SPLC's designation of plaintiff Center for Immigration Studies as a "hate group." Specifically, the Center for Immigration Studies raised a civil RICO claim in which it alleged that "defendants conspired to violate RICO when they falsely designated plaintiff as a hate group in furtherance of a scheme to destroy plaintiff." *CIS*, 2018 WL 2749727, at *2. The SPLC defendants moved to dismiss on several grounds, and the

---

[1] A copy of the *CIS* memorandum opinion is submitted with this notice.

[2] SPLC makes this argument in both its initial and reply briefs in support of its motion to dismiss. (*See* Doc. 17 at 41–46; Doc. 35 at 15–19.)

1

court granted the motion on the ground that the plaintiff had failed to state a claim under RICO as to the alleged predicate offense of wire fraud.[3] *Id.* at *7.

Specifically, the court held that the plaintiff had not alleged a cognizable fraud because a fraud offense requires proof of falsehood, whereas SPLC's hate-group "designation does not concern a 'fact,'" *id.* at *4, and therefore "there is no basis upon which to establish whether [the designation was] known to be false when made." *Id.* at *5. The court further noted that

> whether or not SPLC adhered to its definition to designate CIS to be a hate group is an entirely subjective inquiry. Indeed, when SPLC designated CIS a hate group according to its own definition—and not some legal or government definition—it was announcing that, *in its view*, CIS is a hate group.

*Id.* at *4.

Respectfully submitted this 17th day of September, 2019.

s/ Shannon Holliday
Shannon Holliday [ASB-5440-Y77S]
Robert D. Segall [ASB-7354-E68R]
Benjamin W. Maxymuk [ASB-9590-M67M]
COPELAND, FRANCO, SCREWS & GILL, P.A.
P.O. Box 347
Montgomery, AL 36101-0347
Telephone:  334-834-1180
Facsimile:  334-834-3172
Email:  holliday@copelandfranco.com
Email:  segall@copelandfranco.com
Email:  maxymuk@copelandfranco.com
**Attorneys for Defendant The Southern Poverty Law Center, Inc.**

---

[3] The court also ruled, in the alternative, that the plaintiff had failed to allege a pattern of racketeering activity. *Id.* at *6. Because the court held that the complaint failed to state a claim under RICO, it declined to rule on the defendants' alternate, First Amendment-based arguments. *Id.* at *4 n.1.

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 17th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

G. Baron Coleman
Baron Coleman Law Firm
P.O. Box 789
Montgomery, AL  36101-0789
Email:  gbaroncoleman@gmail.com

Ronald D. Coleman
Lauren X. Topelsohn
Mandelbaum Salsburg PC
1270 Avenue of the Americas
Suite 1808
New York, NY  10020
Email:  rcoleman@lawfirm.ms

Brock Boone
Randall Charles Marshall
ACLU of Alabama
P.O. Box 6179
Montgomery, AL  36106
Email:  bboone@aclualabama.org
Email:  rmarshall@aclualabama.org

              s/ Shannon L. Holliday
              Of Counsel