# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| GAVIN MCINNES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:19-cv-00098-MHT-GMB |
| THE SOUTHERN POVERTY LAW CENTER, INC. | ) ) ) ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

COMES NOW Benjamin W. Maxymuk, counsel for Defendant SPLC, and moves this Court for leave to withdraw as counsel, presenting the following as good cause therefor:

1. Undersigned counsel has accepted a position working for the federal judiciary in Virginia and will therefore be leaving the private practice of law as of August 2021.

2. SPLC will continue to be represented by the other capable attorneys who have appeared on its behalf in this case.

Respectfully submitted,

/s/ *Benjamin W. Maxymuk*

Benjamin W. Maxymuk (ASB-9590-M67M)
**COPELAND FRANCO SCREWS & GILL, P.A.**
444 South Perry Street
Montgomery, AL 36104
Tel: (334) 384-1180
maxymuk@copelandfranco.com

1

2

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been filed this 30th day of July, 2021, via the Court's CM/ECF system, which will provide service to all counsel of record.

/s/ *Benjamin W. Maxymuk*
Of Counsel