### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| GAVIN MCINNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:19-cv-00098-MHT-GMB |
| THE SOUTHERN POVERTY LAW | ) | |
| CENTER, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO WITHDRAW

**COMES NOW** Lauren X. Topelsohn, Esq., a partner with the law firm of Mandelbaum Salsburg, PC ("**Mandelbaum**"), respectfully moves to withdraw as counsel for Plaintiff Gavin McInnes ("**Plaintiff**"), presenting the following as good cause therefor:

1.      Ronald Coleman, Esq., is the lead counsel for Plaintiff in this action.

2.      Mr. Coleman was formerly a partner with Mandelbaum and is now a partner with the law firm Dhillon Law Group, Inc.

3.      Since Mr. Coleman's departure from Mandelbaum, the firm has provided no legal counsel to Plaintiff and, upon information and belief, is not authorized to do so.

4.      Plaintiff will continue to be represented in this case by capable counsel, Mr. Coleman.

Dated:  August 5, 2021

Respectfully submitted,

/s/ *Lauren X. Topelsohn.*
Lauren X. Topelsohn, Esq.
Mandelbaum Salsburg, PC
3 Becker Farm Road, Suite 105 Roseland
New Jersey 07068
(973) 243-7909
LTopelsohn@lawfirm.ms

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed this 5th day of August

2021, via the Court's CM/ECF system, which will provide service to all counsel of record.

<u>Lauren X. Topelsohn</u>
Lauren X. Topelsohn, Esq.

4838-0791-3972, v. 1