UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                            TELEPHONE (334) 954-3600

September 14, 2021

## NOTICE OF CORRECTION

From:     Clerk's Office

Case Style:     McInnes v. The Southern Poverty Law Center, Inc.

Case Number:     2:19-cv-00098-MHT

**This Notice of Correction was filed in the referenced case this date to attach a corrected PDF document to correct the style of the case.**

**The correct PDF document is attached to this notice for your review. Reference is made to document 47 filed on September 13, 2021.**