IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GAVIN McINNES,                  )
                                )
    Plaintiff,                  )
                                )
                                )   CIVIL ACTION NO.
    v.                          )     2:19cv98-MHT
                                )
THE SOUTHERN POVERTY LAW        )
CENTER, INC.,                   )
                                )
    Defendant.                  )
```

### ORDER

It is ORDERED that the motion to dismiss (Doc. 49) is set for submission, without oral argument, on October 19, 2021, with any opposition brief due by October 12, 2021, and any reply to the opposition due by October 19, 2021.  In lieu of a new brief, a party may, if preferred, simply file a notice that it wishes to rely on its prior response to, or reply to the opposition to, the first motion to dismiss.

DONE, this the 28th day of September, 2021.

                                         /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE