# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| GAVIN MCINNES, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. |
| | ) 2:19-cv-00098-MHT-GMB |
| THE SOUTHERN POVERTY LAW | ) |
| CENTER, INC., | ) |
| | ) |
|    Defendant. | ) |

## NOTICE OF RELIANCE ON PREVIOUS SUBMISSION

Please take notice that pursuant to the Court's Order of September 28, 2021, Defendant Southern Poverty Law Center, Inc. shall rely on its prior Reply in Support of Its Motion to Dismiss the Complaint (Doc. 35).

Respectfully submitted this 19th day of October, 2021.

                                          s/ Shannon Holliday
                                          Shannon Holliday [ASB-5440-Y77S]
                                          Robert D. Segall [ASB-7354-E68R]
                                          COPELAND, FRANCO, SCREWS & GILL, P.A.
                                          P.O. Box 347
                                          Montgomery, AL 36101-0347
                                          Telephone:  334-834-1180
                                          Facsimile:  334-834-3172
                                          Email:  holliday@copelandfranco.com
                                          Email:  segall@copelandfranco.com
                                          **Attorneys for Defendant Southern Poverty Law Center, Inc.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 19th day of October, 2021, that I caused a copy of the foregoing Notice of Reliance on Previous Submission, to be served upon all counsel of record by filing same on the court's ECF system.

                                                              /s/ Shannon L. Holliday
                                                              Shannon L. Holliday