25-13250

IN THE
United States Court of Appeals
FOR THE
Eleventh Circuit

◆◆◆

GAVIN McINNES,

*PLAINTIFF-PETITIONER*,

*vs.*

SOUTHERN POVERTY LAW CENTER, INC.,

*DEFENDANT-RESPONDENT*.

### CERTIFICATE OF SERVICE

The undersigned Ronald D. Coleman, attorney for plaintiff-petitioner in the above-captioned matter, hereby certifies that he served plaintiff-petitioner's petition for a writ of mandamus on counsel of record in the district court proceedings above-captioned by email and ECF on this date, September 22, 2025.

Ronald D. Coleman
COLEMAN LAW FIRM, PC
50 PARK PLACE, SUITE 1105
NEWARK, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com
*Attorney for Defendant*

Dated: September 22, 2025