IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GAVIN McINNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv98-MHT |
| | ) | |
| THE SOUTHERN POVERTY LAW CENTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE

In light of the petition filed by plaintiff, the court gives notice that it will rule on the pending motion to dismiss by no later than October 17, 2025.

DONE, this the 22nd day of September, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**