IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GAVIN McINNES,             ) | |
|                       ) | |
|    Plaintiff,       ) | |
|                       ) | CIVIL ACTION NO. |
|    v.                ) | 2:19cv98-MHT |
|                       ) | |
| THE SOUTHERN POVERTY LAW ) | |
| CENTER, INC.,            ) | |
|                       ) | |
|    Defendant.        ) | |

**ORDER**

In accordance with the order entered on November 10, 2025 (Doc. 61), it is ORDERED that the motion to dismiss (Doc. 68) is set for submission on January 21, 2026, with any opposition brief due by January 7, and any reply to the opposition due by January 21. The court will determine whether to hold oral argument once it reviews the briefing.

DONE, this the 4th day of December, 2025.

                                             /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**