**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

GAVIN McINNES,

     *Plaintiff,*

  - *vs.* -

SOUTHERN POVERTY LAW CENTER, INC.,

     *Defendant.*

CIVIL ACTION NO.
2:19-cv-00098-MHT-JTA

---

### PLAINTIFF'S MOTION FOR A STATUS CONFERENCE

Plaintiff Gavin McInnes respectfully moves the Court for a brief status conference concerning Defendant's pending motion to dismiss the Second Amended Complaint and, in the alternative, for a ruling on that motion at the Court's earliest convenience. In support, Plaintiff states as follows.

1. Plaintiff filed the Second Amended Complaint pursuant to the Court's prior order. Defendant moved to dismiss it, and Plaintiff filed his Memorandum of Law in Opposition on January 7, 2026 (Doc. 70). Defendant filed its reply on January 21, 2026 (Doc. 71). The motion has been fully submitted and ready for decision since that date.

2. After briefing closed, a development of public record in this District arose that bears on the motion. On April 21, 2026, a federal grand jury returned an indictment, and in June 2026 a superseding indictment, charging Defendant with wire fraud, false statements to a federally insured bank, and conspiracy to commit money laundering. *United States v. Southern Poverty Law Center, Inc.,* No. 2:26-cr-00139-ECM-KFP (M.D. Ala.). Plaintiff apprised the Court of that development by separate notice. The criminal proceeding has continued to develop since then, including the

1

denial of Defendant's motion to dismiss the indictment on August 7, 2026, and a second superseding indictment returned on August 12, 2026.

3. In the interest of moving this matter forward, Plaintiff respectfully requests a brief status conference to address the scheduling and prompt resolution of the pending motion or, in the alternative, that the Court rule on the motion at its earliest convenience.

4. Pursuant to the Court's practice, undersigned counsel conferred with counsel for Defendant by email on August 12, 2026, regarding the relief requested and requested a response by the close of business on August 13, 2026. As of the filing of this motion, counsel for Defendant has not responded, and Defendant's position on this motion is therefore unknown.

WHEREFORE, Plaintiff respectfully requests that the Court convene a status conference or, in the alternative, rule on Defendant's pending motion to dismiss the Second Amended Complaint.

Respectfully submitted,

**BARON COLEMAN LAW FIRM**

G. Baron Coleman
18117 Biscayne Blvd # 60460
Miami, FL 33160
334-625-9097
baron@baroncoleman.com

**COLEMAN LAW FIRM, PC**

Ronald D. Coleman *(Pro hac vice)*
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com
*Attorneys for Plaintiff*
*Gavin McInnes*

Dated: August 13, 2026

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_____

Ronald D. Coleman