IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GAVIN McINNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv98-MHT |
| | ) | (WO) |
| THE SOUTHERN POVERTY LAW CENTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion for status conference (Doc. 74) is granted to extent that the court will resolve the pending motion to dismiss (Doc. 68) on or before November 16, 2026, if not much earlier.

DONE, this the 30th day of October, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE