IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GAVIN McINNES,<br><br>Plaintiff,<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:19cv98-MHT<br>(WO) |

JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Southern Poverty Law Center, Inc.'s motion to dismiss (Doc. 68) is granted.

(2) This lawsuit is dismissed in its entirety with prejudice, and judgment is entered in favor of defendant Southern Poverty Law Center, Inc. and against plaintiff Gavin McInnes, with plaintiff McInnes taking nothing by his complaint.

(3) The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

It is further ORDERED that costs are taxed against plaintiff McInnes, for which execution may issue.

This case is closed.

DONE, this the 16th day of November, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE